UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

Order Filed on October 3, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

**LUBERKY A. GUERRERO DEMERCADO**
**Debtor.**

Case No. 19-27312 (JNP)

Judge: Jerrold N. Poslusny, Jr.

## ORDER DISMISSING DEBTOR'S CHAPTER 13 CASE AND IMPOSING 180 DAY BAR ON FUTURE FILINGS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 3, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor:  Luberky A. Guerrero De Mercado
Case No. 19-27312 (JNP)
Caption of Order:  Order Dismissing Debtor's Chapter 13 Case and Imposing 180 Day Bar on Future Filings

This matter being opened by the Court upon an Order to Show Cause, and a response having been filed by Isabel C. Balboa, Chapter 13 Standing Trustee, and Debtor having received notice of the hearing, and the Court having reviewed the pleadings submitted in connection with this matter and having heard oral arguments in connection therewith, and for good cause shown:

**IT IS ORDERED** that Case No. 19-27312 (JNP) is hereby dismissed with a 180-day bar against Debtor from filing a new bankruptcy petition, in any chapter, without prior judicial approval; and

I**T IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 19-27312-JNP
Luberky A. Guerrero de Mercado                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin            Page 1 of 1              Date Rcvd: Oct 03, 2019
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.
db        +Luberky A. Guerrero de Mercado,   4530 Gail Lane,   Newfield, NJ 08344-9111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:
    Eric Clayman   on behalf of Debtor Luberky A. Guerrero de Mercado jenkins.clayman@verizon.net, connor@jenkinsclayman.com
    Harold N. Kaplan   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com, informationathnk@aol.com
    Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Jane L. McDonald   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
    Melissa N. Licker   on behalf of Creditor    JPMC Specialty Mortgage LLC NJ_ECF_Notices@mccalla.com
    Rebecca Ann Solarz   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com
    Stephanie F. Ritigstein   on behalf of Debtor Luberky A. Guerrero de Mercado jenkins.clayman@verizon.net, connor@jenkinsclayman.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                    TOTAL: 8