UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JENKINS & CLAYMAN
Eric J Clayman
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor
(8456) 546-9696

In Re:

Luberky Guerrero de Mercado,

Debtor

Case No.: 19-37312-JNP

Adv. No.: _____

Chapter: 13

Hearing Date: October 22, 2019

Judge: JNP

# ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____Eric J Clayman_____,
   ☐ am the attorney for: __Luberky Guerrero de Mercado,__
   ☐ am self-represented

   Phone number: _____(856) 546-9696_____

   Email address: ____jenkins.clayman@verizon.net____

2. I request an adjournment of the following hearing:

   Matter: __Motion to Impose the Automatic Stay as to All Secured Creditors__

   Current hearing date and time: __October 22, 2019 at 10:00 a.m.__

   New date requested: __October 29, 2019 at 10:00 a.m.__

   Reason for adjournment request: __to coincide with the Motion to Vacate Dismissal__

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☐ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: October 21, 2019                           /s/ Eric J Clayman
                                                 Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted         New hearing date: 10/29/2019              ☒ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*