UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
Brian E. Caine, Esq.
9000 Midlantic Drive, Suite 300
Mount Laurel, New Jersey 08054
(856) 985-4059
Attorney for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT

**Order Filed on November 15, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

Luberky A. Guerrero de Mercado

CASE NO. 19-27312-JNP
Chapter: 13
Hearing: October 29, 2019
Judge: Jerrold N. Poslusny, Jr.

## ORDER REGARDING DEBTOR'S MOTION TO IMPOSE AUTOMATIC STAY AND MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 15, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:   Luberky A. Guerrero de Mercado
Case No:   19-27312-JNP

Caption of Order:  Order Regarding Debtor's Motion to Impose Automatic Stay and Motion to Vacate Dismissal of Case

---

Upon consideration of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT's ("U.S. Bank") oppositions to the Debtor's motion to vacate dismissal of the case (docket no. 26) and motion to impose the automatic stay as to all creditors (docket no. 15), and

Upon the ruling of this Court of said motions on October 29, 2019, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. As to the debtor's property located at 750 South 7th St, Vineland NJ 08360, the automatic stay and co-debtor stay shall not be reinstated.

2. There was no automatic stay or co-debtor stay in effect at the time of the September 20, 2019 sheriff sale for property located at 750 South 7th St, Vineland NJ 08360.