Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 19−27312−JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luberky A. Guerrero de Mercado
   aka Luberky Mercado
   4530 Gail Lane
   Newfield, NJ 08344

Social Security No.:
   xxx−xx−6668

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            1/8/20
Time:           09:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 19, 2019
JAN: kvr

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                             Case No. 19-27312-JNP
Luberky A. Guerrero de Mercado                                     Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1         User: admin                  Page 1 of 1          Date Rcvd: Nov 19, 2019
                             Form ID: 132              Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2019.
db             +Luberky A. Guerrero de Mercado,     4530 Gail Lane,    Newfield, NJ 08344-9111
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,     RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
518451896      +Capital Collection Services,    20 E. Taunton Rd,    #BILG50,   Berlin, NJ 08009-2603
518451897      +Chase Mortgage,    700 Kansas Lane,    Monroe, LA 71203-4774
518477356      +McCalla Raymer Leibert Pierce, LLC,     485F US Highway 1 S, Suite 300,    Iselin, NJ 08830-3072
518477357      +Morton & Craig LLC,    110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
518451899       Mpma Inc,    113 East Chestnut Ave., Ste. 7,    Vineland, NJ 08360
518486081       Mr. Cooper,    1453 SW Millikan Way,    Beaverton, OR 97005
518451901      +PMAB LLC,    4135 South Stream Blvd,    Suite 400,   Charlotte, NC 28217-4636
518451900      +Parker McCay,    ATTN: Kiera McFadden-Roan, Esquire,    9000 Midlantic Drive, Suite 300,
                 PO Box 5054,   Mount Laurel, NJ 08054-5054
518451902      +Rushmore Loan Management Services,     PO Box 52708,   Irvine, CA 92619-2708
518451903       Seterus, Inc.,    1453 SW Millikan Way,    Beaverton, OR 97005
518451904      +US Bank,    c/o Parker McCay,    ATTN: Kiera McFadden-Roan, Esquire,
                 9000 Midlantic Drive, Suite 300, PO Box,    Mount Laurel, NJ 08054-1539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2019 00:14:00      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2019 00:13:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518451898       E-mail/Text: bknotice@ercbpo.com Nov 20 2019 00:14:04      Enhanced Recovery Company LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Eric  Clayman    on behalf of Debtor Luberky A. Guerrero de Mercado jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Harold N. Kaplan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               hkaplan@rasnj.com, informationathnk@aol.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Melissa N. Licker    on behalf of Creditor    JPMC Specialty Mortgage LLC NJ_ECF_Notices@mccalla.com
              Raymond  Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              Stephanie F. Ritigstein    on behalf of Debtor Luberky A. Guerrero de Mercado
               jenkins.clayman@verizon.net, connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```