Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>Luberky A. Guerrero de Mercado<br>*aka Luberky Mercado,*<br><br><br><br>Debtor. | Chapter 13<br><br>Case No. 19-27312-JNP<br><br>Hearing Date: March 18, 2020 at 9:00 a.m.<br><br>Judge: Jerrold N. Poslusny, Jr. |
|---|---|

**OBJECTION TO PLAN CONFIRMATION**

JPMC Specialty Mortgage LLC ("Secured Creditor"), by its counsel, McCalla Raymer Leibert Pierce, LLC, states the following grounds as and for an Objection to Confirmation of the Debtor's Chapter 13 plan (the "Plan"):

1. Secured Creditor holds a perfected mortgage on Debtor's real property; the property known as 788 South 7th St., Vineland, NJ 08360 (the "Property"). On July 14, 2003, Luberky Mercado ("Debtor") borrowed $72,000.00 in exchange for a mortgage on the Property (the "Mortgage"). The Mortgage was recorded prepetition on July 30, 2003 in the Cumberland County Clerk's Office. A proof of claim has been filed with arrears of $1,918.55 on a total claim of $64,432.13.

2. The proposed Plan fails to acknowledge or accommodate any arrears due. By failing to address the arrears owed to Secured Creditor, Debtor's proposed Plan fails to provide

for a successful plan of reorganization. As such, Secured Creditor objects to any proposed plan by Debtor that fails to provide a feasible independent plan of reorganization.

3. Secured Creditor objects to any proposed plan by Debtor that fails to provide a feasible independent plan of reorganization.

WHEREFORE, Secured Creditor respectfully requests that the Court deny confirmation of the Debtor's Chapter 13 Plan for the reasons set forth above and for other relief as the Court may deem just and proper.

Dated: 1/27/2020

                                                  McCalla Raymer Leibert Pierce, LLC
                                                  Attorneys for JPMC Specialty Mortgage LLC
                                                  */s/ Phillip Raymond*
                                By:   Phillip Raymond

Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: <br><br> Luberky A. Guerrero de Mercado <br> *aka Luberky Mercado,* <br><br><br><br> Debtor. | Chapter 13 <br><br> Case No. 19-27312-JNP <br><br> Hearing Date: March 18, 2020 at 9:00 a.m. <br><br> Judge: Jerrold N. Poslusny, Jr. |
|---|---|

### CERTIFICATION OF SERVICE

1. I, Leena Thalackal:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for <u>McCalla Raymer Leibert Pierce, LLC</u> who represents the <u>Secured Creditor</u>.

    ☐ am the _____ in the above case and am representing myself.

2. On January 27, 2020, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below:

    Objection to Plan Confirmation

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| 1/27/2020 | */s/ Leena Thalackal* |
|---|---|
| Date | Signature |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Standing Chapter 13 Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Luberky A. Guerrero de Mercado<br>4530 Gail Lane<br>Newfield, NJ 08344 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Eric Clayman<br>Jenkins & Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other: NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.