Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 19–27312–JNP
        Chapter: 13
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luberky A. Guerrero de Mercado
   aka Luberky Mercado
   4530 Gail Lane
   Newfield, NJ 08344

Social Security No.:
   xxx–xx–6668

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              July 21, 2020
Time:             11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*59* – Certification in Opposition to (related document:58 Creditor's Certification of Default (related document:46 Order on Motion For Relief From Stay, Order on Motion For Relief From Co–Debtor Stay) filed by Denise E. Carlon on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 06/16/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Eric Clayman on behalf of Luberky A. Guerrero de Mercado. (Attachments: # 1 Exhibit A/Proof of Payment) (Clayman, Eric)

and transact such other business as may properly come before the meeting.


Dated: June 15, 2020
JAN: kaj

                                              Jeanne Naughton
                                              Clerk