Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−27312−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luberky A. Guerrero de Mercado
   aka Luberky Mercado
   4530 Gail Lane
   Newfield, NJ 08344

Social Security No.:
   xxx−xx−6668

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            July 21, 2020
Time:            11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*59* – Certification in Opposition to (related document:58 Creditor's Certification of Default (related document:46 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 06/16/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Eric Clayman on behalf of Luberky A. Guerrero de Mercado. (Attachments: # 1 Exhibit A/Proof of Payment) (Clayman, Eric)

and transact such other business as may properly come before the meeting.


Dated: June 15, 2020
JAN: kaj

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 19-27312-JNP
Luberky A. Guerrero de Mercado                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Jun 15, 2020
                              Form ID: 173             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2020.
db             +Luberky A. Guerrero de Mercado,    4530 Gail Lane,    Newfield, NJ 08344-9111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2020 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric Clayman    on behalf of Debtor Luberky A. Guerrero de Mercado jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Harold N. Kaplan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               hkaplan@rasnj.com, informationathnk@aol.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Melissa N. Licker    on behalf of Creditor    JPMC Specialty Mortgage LLC
               NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
              Phillip Andrew Raymond    on behalf of Creditor    JPMC Specialty Mortgage LLC
               phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               smncina@rascrane.com
              Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               smncina@rascrane.com
              Stephanie F. Ritigstein    on behalf of Debtor Luberky A. Guerrero de Mercado
               jenkins.clayman@verizon.net, connor@jenkinsclayman.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 16