UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage LLC D/B/A Mr. Cooper

Order Filed on July 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Luberky A. Guerrero de Mercado,

Debtor.

Case No.: 19-27312 JNP

Adv. No.:

Hearing Date: 7/21/2020 @ 11:00 a.m.

Judge: Jerrold N. Poslusny, Jr.

## ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 28, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Luberky A. Guerrero de Mercado
Case No: 19-27312 JNP
Caption of Order: ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Nationstar Mortgage LLC D/B/A Mr. Cooper, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 792 South 7th Street, Vineland, NJ, 08360, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Eric Clayman, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of July 16, 2020 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due June 2020 through July 2020 for a total post-petition default of $1,795.49 (2 @ $683.71, 2 AO @ $225.58 less $23.09 in suspense); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $1,795.49 will be paid by Debtor remitting $299.24 per month for five months and $299.29 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on August 1, 2020 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2020, directly to Secured Creditor's servicer, Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs up to the sum of $350.00 in an amount to be included in a post-petition fee notice for attorneys' fees which is to be paid through Debtors' Chapter 13 plan and certification of default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Luberky A. Guerrero de Mercado  
    Debtor

Case No. 19-27312-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 1  Date Rcvd: Jul 28, 2020  
                Form ID: pdf903  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.  
db         +Luberky A. Guerrero de Mercado,   4530 Gail Lane,   Newfield, NJ 08344-9111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:
     Brian E Caine   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
     Denise E. Carlon   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Denise E. Carlon   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Eric Clayman   on behalf of Debtor Luberky A. Guerrero de Mercado jenkins.clayman@verizon.net, connor@jenkinsclayman.com
     Harold N. Kaplan   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com, informationathnk@aol.com
     Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
     Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com
     Jane L. McDonald   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
     Melissa N. Licker   on behalf of Creditor   JPMC Specialty Mortgage LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
     Phillip Andrew Raymond   on behalf of Creditor   JPMC Specialty Mortgage LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com
     Raymond Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
     Rebecca Ann Solarz   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com
     Sindi Mncina   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@rascrane.com
     Sindi Mncina   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@rascrane.com
     Stephanie F. Ritigstein   on behalf of Debtor Luberky A. Guerrero de Mercado jenkins.clayman@verizon.net, connor@jenkinsclayman.com
     U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                TOTAL: 16