_____

**Rob Saltzman, Esquire**
**PLUESE, BECKER & SALTZMAN, LLC**
**Attorneys At Law**
**RS1765**
**20000 Horizon Way, Suite 900**
**Mt. Laurel, NJ 08054-4318**
**(856) 813-1700**
**Attorneys for the Mortgagee**
**File No. 107413B**

**In re:**

    **Luberky A. Guerrero de Mercado**
**aka Luberky Mercado**

    **Debtor**

:   **UNITED STATES BANKRUPTCY COURT**
   **FOR THE DISTRICT OF NEW JERSEY**

:   **CASE NO. 19-27312-JNP**

:   **CHAPTER 13**

:   **ENTRY OF APPEARANCE AND**
   **REQUEST FOR SERVICE**
:   **OF NOTICES, PLEADINGS, ETC.**

:

Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

PLUESE, BECKER & SALTZMAN, LLC
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318

/s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee

Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC
PO Box 230579
Tigard, OR 97281

DATED: September 1, 2021