UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor
U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION
**Aleisha C Jennings**

In Re:

Luberky A. Guerrero De Mercado

Debtor

Case No.:        19-27312

Adversary No.:   _____

Chapter:         13

Judge:           Jerrold N. Poslusny Jr.

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION, creditor

(Example: John Smith, creditor)

Old address:   Selene Finance LP
               9990 Richmond Ave. Suite 400
               Attn: BK Dept
               Houston, TX 77042

New address:   (Notices & Payments)
               Selene Finance LP
               Attn: BK Dept
               3501 Olympus Blvd, Suite 500
               Dallas, TX 75019

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   ___6/15/2022_____          _____/s/*Aleisha C Jennings*_____
                                                        Signature

*rev.2/1/16*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 22, 2022 I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Luberky A. Guerrero de Mercado
4530 Gail Lane
Newfield, NJ 08344

And via electronic mail to:

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

Jane L. McDonald
Office of Chaper 13 Trustee
535 Rt. 38
Suite 580
Cherry Hill, NJ 08002

Raymond Shockley, Jr
Office of the Ch. 13 Standing Trustee
535 Route 38
Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Laura Stewart

*rev.2/1/16*