Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19–27312–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Luberky A. Guerrero de Mercado
aka Luberky Mercado
4530 Gail Lane
Newfield, NJ 08344

Social Security No.:
xxx–xx–6668

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                    October 25, 2022
Time:                    11:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*91* – Limited Objection to (related document:89 Motion to Approve Loan Modification with JPMorgan Chase Bank, National Association Filed by Phillip Andrew Raymond on behalf of JPMorgan Chase Bank, National Association. Objection deadline is 10/26/2022. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) filed by Creditor JPMorgan Chase Bank, National Association) filed by Isabel C. Balboa on behalf of Isabel C. Balboa. (Balboa, Isabel)

and transact such other business as may properly come before the meeting.

Dated: October 14, 2022
JAN: eag

Jeanne Naughton
Clerk