Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−27312−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luberky A. Guerrero de Mercado
   aka Luberky Mercado
   4530 Gail Lane
   Newfield, NJ 08344

Social Security No.:
   xxx−xx−6668

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/2/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 2, 2023
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 19-27312-JNP
Luberky A. Guerrero de Mercado                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                 User: admin                 Page 1 of 3
Date Rcvd: Feb 02, 2023            Form ID: 148             Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luberky A. Guerrero de Mercado, 4530 Gail Lane, Newfield, NJ 08344-9111 |
| cr | + | Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed S, PO Box 230579, Tigard, OR 97281-0579 |
| 519300033 | + | Ajax Mortgage Loan, U.S. Bank National Association, as Indenture Trustee c/o, Gregory Funding LLC, PO Box 230579 Tigard, OR 97281-0579 |
| 519300461 | | Ajax Mortgage Loan Trust 2021-G, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 519300462 | + | Ajax Mortgage Loan Trust 2021-G, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334, Ajax Mortgage Loan Trust 2021-G c/o Gregory Funding LLC 90074-2334 |
| 518451896 | + | Capital Collection Services, 20 E. Taunton Rd, #BILG50, Berlin, NJ 08009-2603 |
| 518477356 | + | McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830-3072 |
| 518477357 | + | Morton & Craig LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 518451899 | | Mpma Inc, 113 East Chestnut Ave., Ste. 7, Vineland, NJ 08360 |
| 518486081 | | Mr. Cooper, 1453 SW Millikan Way, Beaverton, OR 97005 |
| 519300032 | | PLUESE, BECKER & SALTZMAN, LLC, 20000 Horizon Way, Suite 900, Mt. Laurel, NJ 08054-4318 |
| 518451900 | + | Parker McCay, ATTN: Kiera McFadden-Roan, Esquire, 9000 Midlantic Drive, Suite 300, PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 518451903 | | Seterus, Inc., 1453 SW Millikan Way, Beaverton, OR 97005 |
| 518451904 | + | US Bank, c/o Parker McCay, ATTN: Kiera McFadden-Roan, Esquire, 9000 Midlantic Drive, Suite 300, PO Box, Mount Laurel, NJ 08054-1539 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 02 2023 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 02 2023 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 02 2023 20:40:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 02 2023 20:40:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Rd, Suite 170, Duluth, GA 30097-8461 |
| 518601903 | + | EDI: AIS.COM | Feb 03 2023 01:34:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518451898 | | Email/Text: bknotice@ercbpo.com | Feb 02 2023 20:40:00 | Enhanced Recovery Company LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518451897 | | EDI: JPMORGANCHASE | Feb 03 2023 01:34:00 | Chase Mortgage, 700 Kansas Lane, Monroe, LA 71203 |
| 518666887 | | EDI: JPMORGANCHASE | Feb 03 2023 01:34:00 | JPMC Specialty Mortgage LLC, Chase Records Center, At: Correspondence, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 518611335 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2023 20:43:39 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 518646025 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 02 2023 20:40:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 518760213 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 02 2023 20:40:00 | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518451901 | + | Email/Text: EBN_Waco@Receivemorermp.com | Feb 02 2023 20:41:00 | PMAB LLC, 4135 South Stream Blvd, Suite 400, Charlotte, NC 28217-4636 |
| 518451902 | + | Email/Text: flyersprod.inbound@axisai.com | Feb 02 2023 20:40:00 | Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 519516050 | + | Email/Text: bkteam@selenefinance.com | Feb 02 2023 20:40:00 | U.S. Bank Trust National Association, Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519516051 | *+ | U.S. Bank Trust National Association, Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ajennings@raslg.com |
| Brian E Caine | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com kimwilson@raslg.com |
| Harold N. Kaplan | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 02, 2023 | Form ID: 148 | Total Noticed: 28 |

| | |
|---|---|
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association hkaplan@rasnj.com  kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com  kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Luberky A. Guerrero de Mercado mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association k_wilsonlaw@comcast.net, courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com |
| Melissa N. Licker | on behalf of Creditor JPMC Specialty Mortgage LLC mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMC Specialty Mortgage LLC phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Robert P. Saltzman | on behalf of Creditor Ajax Mortgage Loan Trust 2021-G  Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC dnj@pbslaw.org |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| Stephanie F. Ritigstein | on behalf of Debtor Luberky A. Guerrero de Mercado mail@jenkinsclayman.com  kevin@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 22