**JENKINS LAW GROUP**
Jeffrey E. Jenkins, Esq.
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

| | |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Luberky Guerrero de Mercado, Debtor | CHAPTER 13 CASE NO. 19-27312-JNP |
| | CERTIFICATION TO SEEK BALANCE OF ATTORNEY'S FEES FROM AVAILABLE FUNDS ON HAND |

I, Jeffrey E. Jenkins, by way of Certification hereby state:

1. I am an attorney at law licensed to practice before this court and I am authorized to make this certification.

2. On February 2, 2023 this case listed above was dismissed.

3. Trustee's report says there are funds on hand and we would appreciate it if these funds would be held to allow us to do a fee application for recent additional work we preformed.

4. I respectfully submit this certification for the balance of our attorney's fees from any available funds on hand.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date:  02/15/2023                      /s/ Jeffrey E. Jenkins, Esq.
                                       Jeffrey E. Jenkins, Esquire
                                       Attorney for Debtor