**JENKINS LAW GROUP**
Jeffrey E. Jenkins, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorney for Debtor

|  |  |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Luberky Guerrero de Mercado<br>Debtor | CHAPTER 13 CASE NO. 19-27312-JNP |
|  | Certification to withdraw document |

I, Jeffrey E. Jenkins, am an attorney at law, licensed to practice before this Court, and am authorized to make this certification:

1. On February 27, 2023, this office filed an application for compensation (Docket No. 110).

2. We respectfully request that this entry be withdrawn as the entry is a duplicate application for compensation.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  3/1/23                                        /s/ Jeffrey E. Jenkins
                                                             Jeffrey E. Jenkins, Esquire