Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−27312−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luberky A. Guerrero de Mercado
   aka Luberky Mercado
   4530 Gail Lane
   Newfield, NJ 08344

Social Security No.:
   xxx−xx−6668

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:    4/6/23
Time:    02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Jeffrey E. Jenkins, Debtor's Attorney, period: 10/25/2022 to 2/1/2023

COMMISSION OR FEES
Fees: $1,767.00

EXPENSES
$6.20

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 28, 2023
JAN:

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Luberky A. Guerrero de Mercado  
    Debtor

Case No. 19-27312-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Feb 28, 2023      Form ID: 137      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luberky A. Guerrero de Mercado, 4530 Gail Lane, Newfield, NJ 08344-9111 |
| cr | + | Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed S, PO Box 230579, Tigard, OR 97281-0579 |
| 519300033 | + | Ajax Mortgage Loan, U.S. Bank National Association, as Indenture Trustee c/o, Gregory Funding LLC, PO Box 230579 Tigard, OR 97281-0579 |
| 519300461 | | Ajax Mortgage Loan Trust 2021-G, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 519300462 | + | Ajax Mortgage Loan Trust 2021-G, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334, Ajax Mortgage Loan Trust 2021-G c/o Gregory Funding LLC 90074-2334 |
| 518451896 | + | Capital Collection Services, 20 E. Taunton Rd, #BILG50, Berlin, NJ 08009-2603 |
| 518477356 | + | McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830-3072 |
| 518477357 | + | Morton & Craig LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 518451899 | | Mpma Inc, 113 East Chestnut Ave., Ste. 7, Vineland, NJ 08360 |
| 518486081 | | Mr. Cooper, 1453 SW Millikan Way, Beaverton, OR 97005 |
| 519300032 | | PLUESE, BECKER & SALTZMAN, LLC, 20000 Horizon Way, Suite 900, Mt. Laurel, NJ 08054-4318 |
| 518451900 | + | Parker McCay, ATTN: Kiera McFadden-Roan, Esquire, 9000 Midlantic Drive, Suite 300, PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 518451903 | | Seterus, Inc., 1453 SW Millikan Way, Beaverton, OR 97005 |
| 518451904 | + | US Bank, c/o Parker McCay, ATTN: Kiera McFadden-Roan, Esquire, 9000 Midlantic Drive, Suite 300, PO Box, Mount Laurel, NJ 08054-1539 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 28 2023 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 28 2023 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 28 2023 21:02:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 28 2023 21:02:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Rd, Suite 170, Duluth, GA 30097-8461 |
| 518601903 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 28 2023 21:01:50 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518451898 | | Email/Text: bknotice@ercbpo.com | Feb 28 2023 21:03:00 | Enhanced Recovery Company LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518451897 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 28 2023 21:01:08 | Chase Mortgage, 700 Kansas Lane, Monroe, LA 71203 |
| 518666887 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 28 2023 21:01:31 | JPMC Specialty Mortgage LLC, Chase Records Center, At: Correspondence, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 518611335 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2023 21:01:36 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC |

Case 19-27312-JNP    Doc 114    Filed 03/02/23    Entered 03/03/23 00:14:42    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 28, 2023 | Form ID: 137 | Total Noticed: 28 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518646025 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2023 21:02:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 518760213 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2023 21:02:00 | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518451901 | + | Email/Text: EBN_Waco@Receivemorermp.com | Feb 28 2023 21:03:00 | PMAB LLC, 4135 South Stream Blvd, Suite 400, Charlotte, NC 28217-4636 |
| 518451902 | + | Email/Text: flyersprod.inbound@axisai.com | Feb 28 2023 21:02:00 | Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 519516050 | + | Email/Text: bkteam@selenefinance.com | Feb 28 2023 21:02:00 | U.S. Bank Trust National Association, Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519516051 | *+ | U.S. Bank Trust National Association, Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023             Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ajennings@raslg.com |
| Brian E Caine | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com kimwilson@raslg.com |
| Harold N. Kaplan | |

Case 19-27312-JNP    Doc 114    Filed 03/02/23    Entered 03/03/23 00:14:42    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 28, 2023 | Form ID: 137 | Total Noticed: 28 |

| | |
|---|---|
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association hkaplan@rasnj.com kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Luberky A. Guerrero de Mercado mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association kimwilson@raslg.com |
| Melissa N. Licker | on behalf of Creditor JPMC Specialty Mortgage LLC mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMC Specialty Mortgage LLC phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Robert P. Saltzman | on behalf of Creditor Ajax Mortgage Loan Trust 2021-G Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC dnj@pbslaw.org |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| Stephanie F. Ritigstein | on behalf of Debtor Luberky A. Guerrero de Mercado mail@jenkinsclayman.com kevin@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 22