# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee†*

Jane L. McDonald, Counsel
Jennifer R. Gorchow, Staff Attorney
William H. Clunn, III, Staff Attorney

Lu'Shell K. Alexander*
Jennie P. Archer*
Kelleen E. Stanley*
Kimberly A. Talley*

*Certified Bankruptcy Assistant
†Fellow, American College of Bankruptcy

March 6, 2023

The Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE: Chapter 13 Bankruptcy
    Debtor(s) Name:    Luberky A. Guerrero De Mercado
    Case No:    19-27312   JNP
    Hearing Date:    April 6, 2023 at 2:00 P.M.

Dear Judge Poslusny:

Please withdraw the Trustee's limited objection to Professional Fees in connection with the above-captioned case. The Trustee's objection has been resolved by the submission of an amended Application and Certification, and the duplicate motion/application filed on February 27, 2023 has been withdrawn.

Please feel free to contact me if you have any questions or require additional information.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13
STANDING TRUSTEE*

/s/ *Isabel C. Balboa*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB: lka

c:    Jeffrey E. Jenkins, Esquire    (Debtor(s) Counsel)   (via Electronic Case Filing / ECF)
    Luberky A. Guerrero De Mercado   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978