UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

JENKINS LAW GROUP
Jeffrey E. Jenkins, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

Order Filed on April 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Luberky Guerrero de Mercado

Debtor

Case No.: 19-27312

Chapter: 13

Judge: JNP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: April 6, 2023

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jeffrey E. Jenkins_____, the applicant, is allowed a fee of $_____1,441.50_____ for services rendered and expenses in the amount of $_____6.20_____ for a total of $_____1,447.70_____. The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*