| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**JENKINS LAW GROUP**<br>Jeffrey E. Jenkins<br>Attorneys at Law<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor<br><br>By: | |
| In Re:<br><br>Luberky A. Guerrero de Mercado,<br>Debtor | Case No.: 19-27312<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  JNP |

Order Filed on August 10, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER TERMINATING WAGE ORDER

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: August 10, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Luberky A. Guerrero de Mercado |
| Case No: | 19-27312 |
| Caption of Order: | Order Terminating Wage Order |

Upon consideration of Jenkins Law Group's motion to terminate the debtor's wage order, and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The wage order docket entry #73 currently in place for the debtor's trustee payment is hereby terminated.

2. Effective immediately, debtor's employer, Bayada Home Health Care, Inc., shall no longer make disbursements to the Standing Chapter 13 Trustee.